IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TECHMONSTER, LLC d/b/a WESTERN DATA RECOVERY FREIGHTMONSTER.COM, INC. d/b/a FREIGHT MONSTER, INC., and LARRY LOCKHART, JR., individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN NATIONAL ASSURANCE COMPANY, THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CV 19–121–M–DWM<br><br><br>ORDER |

The plaintiffs having moved unopposed to dismiss pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for July 13, 2020 is VACATED.

DATED this 15th day of May, 2020.

Donald W. Molloy, District Judge
United States District Court